BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:24-cr-129-BLW |
| vs. | **GOVERNMENT'S PROPOSED SENTENCE** |
| LOYD EDWARD PERRY, | |
| Defendant. | |

The United States of America, by and through Bart M. Davis, United States Attorney,

and the undersigned Assistant United States Attorney for the District of Idaho, hereby files

notice of the sentence it will propose.

## I.     PROPOSED SENTENCE

The Government recommends as follows:

- One hundred and twenty months of incarceration (sixty months per count).

- Three years of supervised release.

- No fine.

- Mandatory restitution.

**GOVERNMENT'S PROPOSED SENTENCE - 1**

- A special assessment of $200.

## II. JUSTIFICATION

In this case, the Government identifies the following aggravation:

- The Defendant has a 2002 conviction for Sexual Abuse of a Child under Sixteen, a hands-on sex offense. (ECF No. 56, ¶ 48).

- The Defendant's entire sentence was imposed in his 2002 conviction for probation violations. (ECF No. 56, ¶ 48).

- The Defendant completed an incredible litany of sexual offender treatments and still offended again here by virtue of this crime. (ECF No. 56, ¶ 51).

- The Defendant possessed an incredible amount of AI generated CSAM (approximately 1,110 images). (ECF No. 56, ¶ 15).

- The content of the AI generated images were shocking and involved various paraphilic fantasies (sadism, bestiality, satanic, incest, and infantophilic subject matter). (ECF No. 56, ¶¶ 17, 25, 26, and 27).

- The Defendant entered disturbing prompts, such as "large group of girls who are age 11 years old are taking a shower, ***terrified and shocked*** 10 year old little nude girl is laying down on her back laying on the floor in the bathroom, pink panties on the floor, sex toys are on the floor…." (ECF No. 56, ¶ 17) (emphasis supplied).

- The Defendant had disturbing queries elsewhere, which included "images of satanic women killing babies, dog sex women, undress AI, and synonyms for child, etc." (ECF No. 56, ¶¶ 17, 25, 26, and 27).

- There was evidence of attempted voyeurism on his devices. (ECF No. 56, ¶ 12).

- The Defendant possessed multiple devices with AI CSAM on it. (ECF No. 56, ¶¶ 17, 25, 26, and 27).

- The Defendant possessed an image of actual CSAM. (ECF No. 57, pg. 3).

In this case, the Government identifies the following mitigation:

- The Defendant accepted responsibility by pleading guilty.

- The Defendant completed various mental health treatment programs while awaiting sentencing.

GOVERNMENT'S PROPOSED SENTENCE - 2

On balance, the Defendant is a repeat sex offender who shows a depraved and shockingly durbale interest in CSAM. Given the balance of his conduct, history, and characteristics, 120 months in prison is appropriate under the relevant § 3553(a) factors.

**III.     CONCLUSION**

The Court should impose a sentence of 120 months for the reasons outlined above.

Respectfully submitted this 9th day of March, 2026.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*Dave R+.*

_____
DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY